IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-02553-REB-MJW

SHAMROCK FOODS COMPANY,

Plaintiff(s),

v.

PORTO FINO LLC, et al

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Joint Motion for Entry of Protective Order (docket no. 23) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 23-2) is APPROVED as amended in paragraph 12 and made an Order of Court.

Date: February 11, 2009